UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SILVERSTEIN, <br> Plaintiff, <br> v. <br> KEYNETICS INC., et al., <br> Defendants. | Case No. 16-cv-00684-DMR <br><br> **JUDGMENT** |

On December 29, 2016, the court granted Defendants' motions to dismiss and dismissed Plaintiff William Silverstein's second amended complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendants 481 Media LLC, Lewis Howes, Keynetics, Inc., and Click Sales, Inc. and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 29, 2016



Donna M. Ryu
United States Magistrate Judge